Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of FLORIDA

ORLANDO Division

| | |
|---|---|
| STEVEN SEAN JACKSON <br> Plaintiff(s) <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br><br> " SEE ATTACHED " <br> Defendant(s) <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 6:21-cv-1711 <br> (to be filled in by the Clerk's Office) <br><br> 2021 OCT 14 PM 2:34 <br> FILED |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

"CONTINUATION OF PAGE 1 OF 11"
— "COMPLAINT FOR VIOLATION OF CIVIL RIGHTS" —

STEVEN SEAN JACKSON,              CASE NO. TO BE ASSIGNED
    PLAINTIFF

v.

TABITHA UNKNOWN LAST NAME,
JANE UNKNOWN LAST NAME, ET AL.
        DEFENDANT(S)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

　　A. **The Plaintiff(s)**

　　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　　　　Name: STEVEN SEAN JACKSON
　　　　All other names by which you have been known: N/A
　　　　ID Number: # 282193
　　　　Current Institution: BREVARD COUNTY JAIL
　　　　Address: 860 CAMP ROAD
　　　　　　　　 COCOA, FL 32927

　　B. **The Defendant(s)**

　　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

　　　Defendant No. 1
　　　　Name: TABITHA UNKNOWN LAST NAME
　　　　Job or Title (if known): ADMINISTRATOR OF MEDICAL RECORDS
　　　　Shield Number: N/A
　　　　Employer: BREVARD COUNTY JAIL / CORIZON HEALTH, INC.
　　　　Address: 860 CAMP ROAD
　　　　　　　　 COCOA, FL 32927
　　　　[✓] Individual capacity   [✓] Official capacity

　　　Defendant No. 2
　　　　Name: JANE UNKNOWN LAST NAME
　　　　Job or Title (if known): ADMINISTRATOR OF MEDICAL RECORDS
　　　　Shield Number: N/A
　　　　Employer: BREVARD COUNTY JAIL / CORIZON HEALTH, INC.
　　　　Address: 860 CAMP ROAD
　　　　　　　　 COCOA, FL 32927
　　　　[✓] Individual capacity   [✓] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: N/A
- Job or Title *(if known)*: N/A
- Shield Number: N/A
- Employer: N/A
- Address: N/A
  - City: N/A
  - State: N/A
  - Zip Code: N/A

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
- Name: N/A
- Job or Title *(if known)*: N/A
- Shield Number: N/A
- Employer: N/A
- Address: N/A
  - City: N/A
  - State: N/A
  - Zip Code: N/A

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1ST Am. (REDRESS OF GRIEVANCE / ACCESS TO THE COURTS);
4TH Am. (SEARCH AND SEIZURE);
5TH Am. (DUE PROCESS OF LAW);
9TH Am. (EQUAL PROTECTION OF LAW); 14TH Am. (EQUAL PROTECTION OF LAW / DUE PROCESS)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____ N/A _____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

EMPLOYED BY BREVARD COUNTY JAIL, RUN BY BREVARD COUNTY SHERIFF OFC.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____ N/A _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____ N/A _____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

BREVARD COUNTY JAIL, 860 CAMP ROAD, COCOA, FL 32927, DURING INCARCERATION

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

09/01/2021 @ APPROXIMATELY 9:30 AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"SEE ATTACHED"

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

PRO-SE EX PARTE PETITION FOR WRIT OF MANDAMUS WAS DISMISSED FOR FAILING TO PROVIDE DOCUMENTATION ESTABLISHING I HAVE A PRESCRIPTION TO PSYCHOTROPIC MEDICATION AN THAT THE OFFICIAL FAILS TO ADMINISTER THE PRESCRIPTION WHILE I AM IN CUSTODY.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

DECLATORY RELIEF – DECLARING ILLEGALITY OF DEFENDANTS ACTS
INJUNCTIVE RELIEF – ENJOINING DEFENDANTS FROM HINDERING LITIGATION
COMPENSATORY RELIEF – $45,000.00
PUNITIVE RELIEF – $9,000.00
NOMINAL RELIEF – $1.00

"Continuation of Page 5 of 11"

IV. - D

— Statement of Claim —

(1) On 09/01/2021, at approximately 9:30 AM, I, Steven Sean Jackson, a pre-trial detainee, did request my own protected health information in the form of my mental health record from "Tabitha Unknown Last Name", Administrator of Medical Records of the Brevard County Jail, and, "Jane Unknown Last Name", Administrator of Medical Records of the Brevard County Jail, utilizing Form CS1602.

(2) The reason for the request for my own protected health information in the form of my mental health record from "Tabitha Unknown Last Name", Administrator of Medical Records of the Brevard County Jail, and, "Jane Unknown Last Name", Administrator of Medical Records of the Brevard County Jail, was to adhere to a lawful court order and provide the court documentation in a Pro-Se Ex Parte Petition for Writ of Mandamus, in the Circuit Court of the 18th Judicial Circuit, establishing that I have a prescription to psychotropic medications — as ordered by Administrative Judge Robert Segal, in Appellate Case No. 05-2021-AP-041362; and, that the officials at Brevard County Jail, namely — Alexandra Cedeno, MS, MBA LMHC — Administrator of the Mental Health Department — did have knowledge of

(1)

MY BEING DIAGNOSED WITH SEVERAL MENTAL ILLNESSES AND DID WILLFULLY AND DELIBERATELY DENY ME ACCESS TO MY PRESCRIBED MEDICATIONS.

(3) "TABITHA UNKNOWN LAST NAME", ADMINISTRATOR OF MEDICAL RECORDS OF THE BREVARD COUNTY JAIL, AND, "JANE UNKNOWN LAST NAME", ADMINISTRATOR OF MEDICAL RECORDS OF THE BREVARD COUNTY JAIL, DID NOT PROVIDE ME WITH THE REQUESTED DOCUMENTATION NECESSARY TO BE ATTACHED AS EVIDENCE IN APPELLATE CASE NO. 05-2021-AP-041362 BEFORE EXPIRATION OF THE 45-DAY DEADLINE ORDERED BY ADMINISTRATIVE JUDGE ROBERT SEGAL, AND AS A RESULT, MY PRO-SE EX PARTE PETITION FOR WRIT OF MANDAMUS WAS DISMISSED FOR FAILING TO PROVIDE DOCUMENTATION ESTABLISHING I HAVE A PRESCRIPTION AN THAT THIS OFFICIAL FAILS TO ADMININSTER THE PRESCRIPTION WHILE I AM IN CUSTODY.

(4) THE DEFENDANTS ACTS WERE WILLFUL AND DELIBERATE, AND ARBITRARY AND CAPRICIOUS, AS-WELL-AS DELIBERATELY INDIFFERENT, AS I HAVE MADE A NUMBER OF SUBSEQUENT REQUESTS WHICH THE DEFENDANT DID DESTROY OR INTENTIONALLY MISPLACED.

(2)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

BREVARD COUNTY JAIL, 860 CAMP ROAD, COCOA, FL 32927

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   ARAMARK; INFOLINK KIOSK; ADMINISTRATION; MEDICAL

2. What did you claim in your grievance?

   FAILURE TO DISCLOSE MY OWN PROTECTED HEALTH INFORMATION

3. What was the result, if any?

   THEY DISREGARDED MY PRO-SE STATUS AS A PRO-SE LITIGANT AND INFORMED ME TO CONTACT AN ATTORNEY IF I WANTED MY MEDICAL RECORDS.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I APPEALED, ONLY TO RECIEVE THE SAME RESPONSE, THAT I NEED TO CONTACT AN ATTORNEY, DESPITE MY PRO-SE STATUS AS A PRO-SE LITIGANT.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    _____N/A_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    _____N/A_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

ARAMARK: INFOLINK KIOSK, REF: REQUEST/GRIEVANCE NUMBERS —
#1552621; #1553213; #1553716; #1555570; #1560598

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____N/A_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  STEVEN SEAN JACKSON
   Defendant(s)  J. COPPENGER, S. SHAW, ET AL.

2. Court *(if federal court, name the district; if state court, name the county and State)*
   UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION

3. Docket or index number
   N/A ?

4. Name of Judge assigned to your case
   N/A ?

5. Approximate date of filing lawsuit
   09/2016

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition   N/A ?

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   DISMISSED FOR FAILURE TO PROSECUTE

"CONTINUATION OF PAGE 10 OF 11"

## VIII. - D
### – PREVIOUS LAWSUITS –

1. PLAINTIFF(s): STEVEN SEAN JACKSON
   DEFENDANT(s): WAYNE IVEY, ET AL.
2. COURT: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO
3. DOCKET: N/A?
4. JUDGE: N/A?
5. FILING DATE: 2019?
6. PENDING: NO (2019?)
7. RESULT: DISMISSED WITHOUT PREJUDICE

---

1. PLAINTIFF(s): STEVEN SEAN JACKSON
   DEFENDANT(s): WAYNE IVEY, ET AL.
2. COURT: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO
3. DOCKET: 6:20-CV-02376-PGB-EJK
4. JUDGE: EMBRY J. KIDD
5. FILING DATE: 2020?)
6. PENDING: YES
7. RESULT: PENDING

---

1. PLAINTIFF(s): STEVEN SEAN JACKSON
   DEFENDANT(s): WAYNE IVEY, MAJOR PATRICK, ET AL.
2. COURT: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO
3. DOCKET: N/A?
4. JUDGE: G. KENDALL SHARP
5. FILING DATE: 2020?

(1)

6. PENDING: NO (2020?)
7. RESULT: DISMISSED WITH PREJUDICE
   —H—

1. PLAINTIFF(S): STEVEN SEAN JACKSON
   DEFENDANT(S): ALEXANDRA CEDENO
2. COURT: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO
3. DOCKET: 6:21-CV-01403-GKS-DCI
4. JUDGE: G. KENDALL SHARP
5. FILING DATE: 2021?
6. PENDING: NO (2021)
7. RESULT: DISMISSED WITHOUT PREJUDICE
   H

(2)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/10/2021

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: STEVEN SEAN JACKSON
Prison Identification #: #282193
Prison Address: 860 CAMP ROAD
COCOA, FL 32927

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address: